397 A.2d 419

COMMONWEALTH of Pennsylvania, Appellant,

v.

Julian W. JENKINS, Appellee.

Supreme Court of Pennsylvania.

Argued Jan. 12, 1979.
Decided Feb. 23, 1979.

Steven H. Goldblatt, Deputy Dist. Atty.–Law, Jane Greenspan, Philadelphia, for appellant.

John J. Poserina, Jr., Philadelphia, for appellee.

Before EAGEN, C. J., ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.

O'BRIEN, J., did not take part in the consideration or decision of this case.